**David B. Shannon, OSB No. 04413**
david.tslaw@gmail.com
**TODD & SHANNON, LLP**
111 W Historic Columbia River Highway
Troutdale, Oregon 97060
Telephone: (503) 232-2600
Facsimile: (503) 232-2609

Attorneys for Plaintiff NxSystems, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NXSYSTEMS, INC., an Oregon corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>TALON TRANSACTIONS TECHNOLOGIES, INC., an Oklahoma corporation, and DAVID GILLMAN, an individual,<br><br>    Defendants. | Civil Case No. 3:12-cv-02009-HZ<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL** |

    THIS MATTER comes on before the above entitled court for dismissal of the above entitled case. The court being aware that Plaintiff filed a complaint, Defendant filed an answer and the parties have settled the matter; and the court otherwise being fully advised in the premises; now, therefore,

Page 1  STIPULATED GENERAL JUDGMENT OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled case is dismissed with prejudice and without costs to either party.

Dated this 12 day of June, 2014

_____
Marco Hernández
DISTRICT COURT JUDGE

IT IS SO STIPULATED AND AGREED THAT THE COURT MAY SIGN THIS GENERAL JUDGMENT OF DISMISSAL:

DATED: June 11th, 2014 .

_____
DAVID SHANNON, OSB #04413
(503) 232-2600
Of Attorneys for Plaintiff

DATED: June 11, 2014 .

_____
THOMAS FREEDMAN, JR., OSB # 080697
(503) 295-6296
Attorney for Defendants